UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:                              )
                                    ) Bankruptcy Case
ICEWEB VIRGINIA, INC.,              ) No. 09-18900-RGM
                                    ) Chapter 7
        Debtor.                     )

# REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check in the amount of $136.57 payable to "United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| Dyntek<br>19700 Fairchild Road, Suite 350<br>Irvine, CA 92612 | $136.57 |
| Total | $136.57 |

Dated: November 10, 2011          /s/ H. Jason Gold
                                  H. Jason Gold, Trustee, VA Bar No. 19117
                                  WILEY REIN LLP
                                  7925 Jones Branch Drive, Suite 6200
                                  McLean, Virginia  22102
                                  703.905.2800

13373061.1